Commonwealth ex rel. Schnader, Attorney General, Appellant, *v.* Consolidated Indemnity and Insurance Company.

Argued May 24, 1949. Before MAXEY, C. J., LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

564

566

574

575

*Ralph B. Umsted,* Deputy Attorney General, with him *John A. Skelton,* Special Deputy Attorney General, *James A. Wright,* Special Deputy Attorney General and *T. McKeen Chidsey,* Attorney General, for appellant.

*C. Russell Phillips* and *Alfred C. Bennett,* with them *Montgomery, McCracken, Walker & Rhoads* and *Isaac Goldstein,* for appellee.

*Peirce A. Hammond, Jr.,* with him *Caldwell, Fox & Stoner* and *Harris, Hammond & Harris,* for Thomas E. Cahill, amicus curiæ.

PER CURIAM, June 24, 1949:
The decree is affirmed, at the appellant's costs, on the opinion of Judge WOODSIDE for the court below.